Josie **SLEDGE** et al. v. **PANHANDLE** &
**SANTA FÉ RAILWAY COMPANY.**

No. 1520—5828.

Commission of Appeals of Texas, Section A.
Jan. 27, 1932.

Schenck & Triplett, of Lubbock, for plaintiffs in error.

Wilson, Randal & Kilpatrick, of Lubbock, Madden, Adkins, Pipkin & Keffer, of Amarillo, and Terry, Cavin & Mills, of Galveston, for defendant in error.

CRITZ, J.

The opinion of the Court of Civil Appeals, which is found in 31 S.W.(2d) 146, gives a full statement of this case. We have carefully read and considered said opinion, and think that it correctly disposes of this case, and for correct reasons given.

We therefore recommend that the judgment of the Court of Civil Appeals be affirmed.

CURETON, C. J.

Judgment of the Court of Civil Appeals affirmed, as recommended by the Commission of Appeals.